IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HOPKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant<br>_____/ | No. C-06-1163 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' Joint Case Management Conference Statement, filed August 1, 2006, by which the parties seek to continue the August 11, 2006 case management conference in the instant action by approximately 120 days. The parties note that the instant action already has been conditionally transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and that such transfer will be effected shortly.

    Under such circumstances, there is no need for a case management conference. Accordingly, for good cause shown, the August 11, 2006 case management conference is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: August 7, 2006

                                                       MAXINE M. CHESNEY<br>                                                       United States District Judge